IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 11-189 |
| | ) |
| KENNETH A. MICHEL. | ) |
| | ) |

PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST KENNETH A. MICHEL

AND NOW, this 4th day of February, 2013, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture Against Kenneth A. Michel it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of Kenneth A. Michel in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3): Acer M52271 laptop computer; Iomega External Hard Drive bearing serial number 97A9160D94; and Kingston Data Traveler Flash Drive 4GB.

2. This Order of Forfeiture Against Kenneth A. Michel will be made part of the criminal judgment against Kenneth A. Michel and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_____
United States District Court Judge