IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) 2:11CR00189 |
| | ) |
| Kenneth A. Michel | ) |

AND NOW, this 2nd day of Oct., 2014 it is hereby ORDERED, ADJUDGED AND DECREED that:

The United States Probation Office is authorized to destroy the following property, which had been seized and held by the United States Probation Office in the above captioned case.

1 Sandisk 16 GB drive  SN Bl110420B
1 Sandisk 8 GB drive  SN B11104WKTN
8 EMTEC thumb drives
1 Western Digital Hard drive  SN WX21A9005654T
1 Blue Nylon CD case with 7 CD's/DVD's
1 Black Leather CD Case with 34 CD's/DVD's
1 Wii "backyard baseball" video game disk
1 USB Hub combo "All in one Reader"
1 Tarous USB reader
1 Gigavarg USB reader
1 Dell Desktop Optiplex Computer SN BH08K01
7 various pornography magazines
1 Book "Nude Beaches and Recreation"
1 Computer Power Cord

Maurice B. Cohill Jr.
Senior U.S. District Court Judge